ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

04 - 12014 PBS

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

         Plaintiff,

-against-

CHARLES F. GILLESPIE, JR. and ANITA A. GILLESPIE, Individually, and as officers, directors, shareholders and/or principals of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN;

         Defendants.

Civil Action No.

**CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated: September 7, 2004
      Ellenville, New York

                                 GARDEN CITY BOXING CLUB, INC.,

                                 By:_____
                                 WAYNE LONSTEIN, ESQ.
                                 Attorney for Plaintiff
                                 LONSTEIN LAW OFFICE, P.C
                                 1 Terrace Hill, P.O. Box 351
                                 Ellenville, New York 12428
                                 Tel: (845) 647-8500
                                 Fax: (845) 647-6277
                                 *Our File No. 03-5MA-05G*