# ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.**,
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

        Plaintiff,

-against-

SHANE A. HIGGINS, Individually, and as officers, directors, shareholders and/or principals of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN;

        Defendants.

---

Civil Action No. 04-12014 PBS/JGD

## *AMENDED* CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.**, and said corporation's securities are not publicly traded.

Dated: October 13, 2004
    Ellenville, New York

                              **GARDEN CITY BOXING CLUB, INC.**,

                              By: _____
                              WAYNE D. LONSTEIN, ESQ.
                              Attorney for Plaintiff
                              LONSTEIN LAW OFFICE, P.C
                              1 Terrace Hill, P.O. Box 351
                              Ellenville, New York 12428
                              Tel: (845) 647-8500
                              Fax: (845) 647-6277
                              *Our File No. 03-5MA-05G*