# ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                    Plaintiff,

        -against-

CHARLES F. GILLESPIE, JR. and ANITA A.
GILLESPIE, Individually, and as officers, directors,
shareholders and/or principals of BILLS
INCORPORATED d/b/a DUFFY'S TAVERN, and
BILLS INCORPORATED d/b/a DUFFY'S
TAVERN;

                    Defendants.

---------------------------------------------------------------

**NOTICE OF PARTIAL DISMISSAL**

Civil Action No. 04-12014 PBS/JGD

    **GARDEN CITY BOXING CLUB, INC.**, Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendants,

**CHARLES F. GILLESPIE, JR. and ANITA A. GILLESPIE, Individually,**

be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with the Court retaining jurisdiction over this matter in the event of noncompliance with the settlement agreement.

Dated: October 13, 2004
        Ellenville, New York

GARDEN CITY BOXING CLUB, INC.

By: _____
        WAYNE D.  LONSTEIN, ESQ..
        Attorney for Plaintiff
        LONSTEIN LAW OFFICE, P.C.
        Office and P.O. Address
        1 Terrace Hill : P.O. Box 351
        Ellenville, NY  12428
        Telephone:  (845) 647-8500
        Facsimile:  (845) 647-6277
        *Our File No.  03-5MA-05G*

**SO ORDERED** this _____ day of _____, 2004

_____
**HONORABLE PATTI B. SARIS**
        United States District Judge