# United States District Court

DISTRICT OF **MASSACHUSETTS**
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
         Plaintiff,
v.

**AMENDED SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12014 PBS/JGD

SHANE A. HIGGINS, Individually, and as officers, directors,
shareholders and/or principals of BILLS INCORPORATED
d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a
DUFFY'S TAVERN;
         Defendants.

TO: (Name and address of defendant)

**SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN**
22 Jackson Street
Lawrence, MA 01840

Our File No. 03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 10/22/04

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Nov. 6, 2004 |
| NAME OF SERVER (PRINT) Robert J. DeBenedetto | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 96 Butternut Lane Methuen, MA. 01844

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | $145.00 | $145.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 6, 2004
                   Date

Signature of Server

Address of Server
P.O. Box 1783
Lawrence, MA. 01842

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.