ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  MASSACHUSETTS
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
           Plaintiff,
      V.

CHARLES F. GILLESPIE, JR. and ANITA A. GILLESPIE,
Individually, and as officers, directors, shareholders and/or
principals of BILLS INCORPORATED d/b/a DUFFY'S
TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S
TAVERN;
           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 12014 PBS**

TO: (Name and address of defendant)

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**
22 Jackson Street
Lawrence, MA  01840

Our File No. 03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within   **twenty (20)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



SEP 17 2004
DATE

/s/ signature
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Nov. 6, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert O. DeBenedetto O. | Constesh |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 90 Butternut Lane
Methuen, Ma. 01844

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | 145.00 | 145.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 6, 2004
             Date

Signature of Server

P.O. Box 1743, Law, Ma. 01842
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.