UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                              Plaintiff,

         -against-

SHANE A. HIGGINS, *et al.,*

                              Defendants.

**REQUEST FOR ENTRY OF DEFAULT**
Civil Action No.  04-12014 PBS/JGD
Honorable Patti B. Saris

-----------------------------------------------------------------

TO:    TONY ANASTAS, CLERK
        UNITED STATES DISTRICT COURT
        DISTRICT OF MASSACHUSETTS

Please enter default of the Defendants

**SHANE A. HIGGINS, Individually**

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise

defend the above-captioned action as fully appears from the Court's file herein and from the attached

affidavit of Wayne D. Lonstein, Esq.

Dated: December 6, 2004
        Ellenville, New York

                              LONSTEIN LAW OFFICE, P.C.

                              By:   /s/  Wayne D. Lonstein
                                    Wayne D. Lonstein, Esq.
                                    Attorney for Plaintiff
                                    Bar Roll No. 629060
                                    1 Terrace Hill; P.O. Box 351
                                    Ellenville, NY  12428
                                    Telephone: 845-647-8500
                                    Facsimile:  845-647-6277