UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION
-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                         Plaintiff,        **AFFIDAVIT IN SUPPORT OF**
                                             **REQUEST FOR ENTRY OF DEFAULT**
    -against-                            Civil Action No.  04-12014 PBS/JGD
                                             Honorable Patti B. Saris

SHANE A. HIGGINS, *et al.,*

                         Defendants.
-----------------------------------------------------------------

STATE OF NEW YORK :
                         : SS.:
COUNTY OF ULSTER   :

       WAYNE D. LONSTEIN, being duly sworn, deposes and says:

       1.       That I am the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

       2.       This action was commenced pursuant to 47 U.S.C. §605 *et seq.*  Copies of the Amended Summons and First Amended Complaint were served on Defendants, **SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN,** as set forth in the proofs of service by Rober J. DeBenedette, which were filed with the Court on December 1, 2004, copies of which are annexed hereto as Exhibit "A."

       3.       The time within which the Defendants may answer or otherwise move with respect to the First Amended Complaint herein has expired.  Defendants

**SHANE A. HIGGINS, Individually**

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**

have not answered or otherwise moved with respect to the First Amended Complaint, and the time for the Defendants to do so has not been extended.

      4.     Said Defendants are not infants or incompetents.  Upon information and belief, the Defendants are not presently in the military service of the United States.

      **WHEREFORE**, Plaintiff, Garden City Boxing Club, Inc., requests that the default of the Defendants

**SHANE A. HIGGINS, Individually**

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**

be noted and that judgment be entered in favor of Plaintiff and against Defendants in the manner stated herein.

Dated: December 6, 2004
      Ellenville, NY 12428           /s/ Wayne D. Lonstein
                                            Wayne D. Lonstein
                                            Bar Roll No. 629060

Sworn to before me this 6th
day of December, 2004.

/s/ Martha E. Dymond
**Martha E. Dymond**
**Notary Public State of New York**
**Registration No. 4874397**
**Residing in Ulster County**
**Commission expires November 17, 2006**