Exhibit F

**Service of Process:**

1:04-cv-12014-PBS Garden City Boxing Club, Inc. v. Gillespie et al

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lonstein, Wayne entered on 12/1/2004 at 3:55 PM EST and filed on 12/1/2004

**Case Name:**     Garden City Boxing Club, Inc. v. Gillespie et al
**Case Number:**     1:04-cv-12014
**Filer:**
**Document Number:** 6

**Docket Text:**
SUMMONS Returned Executed Shane A. Higgins served on 11/6/2004, answer due 11/26/2004. (Lonstein, Wayne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/1/2004] [FileNumber=764429-0] [dbbe7eb881d6411200a6f01c2c6c15c7f35d1bee0835fb7bc95f94b7bb3e27e07a7f f3f40ee1dcdeb1694d2ff64fac2331f92e97e875b15aba00da3fc0fefa21]]

**1:04-cv-12014 Notice will be electronically mailed to:**

Wayne D Lonstein     info@signallaw.com, Eliza@signallaw.com;Steve@signallaw.com

**1:04-cv-12014 Notice will not be electronically mailed to:**

# United States District Court

DISTRICT OF **MASSACHUSETTS**
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

Plaintiff,

V.

SHANE A. HIGGINS, Individually, and as officers, directors,
shareholders and/or principals of BILLS INCORPORATED
d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a
DUFFY'S TAVERN;

Defendants.

## SUMMONS IN A CIVIL CASE
*AMENDED*

CASE NUMBER: 04 - 12014 PBS/JGD

TO: (Name and address of defendant)

**SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS
INCORPORATED d/b/a DUFFY'S TAVERN**
22 Jackson Street
Lawrence, MA  01840

Our File No.  03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.



_____ ANASTAS _____
CLERK

___10/22/04___
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _Nov. 6, 2004_ |
| NAME OF SERVER (PRINT) _Robert J DeBenedetto 2_ | TITLE _Constable_ |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _9o Butternut lane_
_Methven Ma. 01844_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | $ 145.00 | $ 145.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Nov. 6, 2004_
Date

Signature of Server

_P.O. Box 1743_
Address of Server
_Law. Ma. 01842_

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Service of Process:

1:04-cv-12014-PBS Garden City Boxing Club, Inc. v. Gillespie et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lonstein, Wayne entered on 12/1/2004 at 3:58 PM EST and filed on 12/1/2004

**Case Name:**      Garden City Boxing Club, Inc. v. Gillespie et al
**Case Number:**    1:04-cv-12014
**Filer:**
**Document Number:** 7

**Docket Text:**
SUMMONS Returned Executed Bills Incorporated served on 11/6/2004, answer due 11/26/2004. (Lonstein, Wayne)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/1/2004] [FileNumber=764438-0]
[d56a7590425d24bef4e47d98090c1204333e3e04e0bce48ec1db3e47e6d6855ba8a9
e2e08902b6db6a192cf077ed06b9d27e2d45db45100f63aa1dc0771fdfd7]]

**1:04-cv-12014 Notice will be electronically mailed to:**

Wayne D Lonstein     info@signallaw.com, Eliza@signallaw.com;Steve@signallaw.com

**1:04-cv-12014 Notice will not be electronically mailed to:**

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___MASSACHUSETTS___
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
　　　　　　　　　　Plaintiff,

V.

CHARLES F. GILLESPIE, JR. and ANITA A. GILLESPIE,
Individually, and as officers, directors, shareholders and/or
principals of BILLS INCORPORATED d/b/a DUFFY'S
TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S
TAVERN;
　　　　　　　　Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 04-12014 PBS

TO: (Name and address of defendant)

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**
22 Jackson Street
Lawrence, MA  01840

Our File No.  03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York  12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

SEP 17 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Nov. 6, 2004 |
| NAME OF SERVER (PRINT) Robert C DeBenedetto | TITLE Constable |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 90 Butternut Lane Methuen Ma. 01944

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | 145.00 | 145.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___Nov. 6, 2004___
　　　　　　　Date

Signature of Server

P.O. Box 1743. Law. Ma. 01842
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.