UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

-------------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                  Plaintiff,

-against-

SHANE A. HIGGINS, *et al.,*

                  Defendants.

-------------------------------------------------------------------

**NOTICE OF ENTRY OF DEFAULT**
Civil Action No. 04-12014 PBS/JGD
Honorable Patti B. Saris

    I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, Boston Division, do hereby certify that the docket entries in the above entitled action indicate that the Defendants, **SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN**, were served with copies of the Amended Summons and First Amended Complaint on November 6, 2004.

    I further certify that the docket entries indicate that

**SHANE A. HIGGINS, Individually**

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**

have never submitted an Answer or otherwise pled in defense of this action and their default is hereby noted.

Dated: Boston, Massachusetts
       December ___, 2004                        TONY ANASTAS
                                                               Clerk

                                                    By:_____
                                                            Deputy Clerk