UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

       Plaintiff,

-against-

SHANE A. HIGGINS, *et al.,*

       Defendants.

---

**CERTIFICATE OF SERVICE**
Civil Action No.  04-12014 PBS/JGD
Honorable Patti B. Saris

The undersigned certifies that on the 6th day of December, 2004, your deponent served the following documents by regular mail:

    Certificate of Service
    Request for Entry of Default
    Affidavit in Support of Request for Entry of Default
    Notice of Entry of Default

on the following:

Shane A. Higgins
22 Jackson Street
Lawrence, MA  01840

Bills Incorporated,
d/b/a Duffy's Tavern
22 Jackson Street
Lawrence, MA  01840

       /s/ Wayne D. Lonstein
       Wayne D. Lonstein, Esq.
       Attorney for Plaintiff
       Bar Roll No. 629060
       1 Terrace Hill; P.O. Box 351
       Ellenville, NY  12428
       Telephone: 845-647-8500
       Facsimile:  845-647-6277