UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        Civil Action
                                                        No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Bills Incorporated,
Defendant,

NOTICE OF DEFAULT

      Upon application of the Plaintiff for an order of Default for failure of the Defendant, Bills Incorporated, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Bills Incorporated, has been defaulted on December 7, 2004.

Clerk of Court

By: /s/ Robert C. Alba
Deputy Clerk

Date: December 7, 2004

Notice mailed to counsel of record and defendant(s).