UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                       Civil Action
                                                       No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Shane Higgins,
Defendant,

NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, Shane Higgins, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Shane Higgins, has been defaulted on December 7, 2004.

                                                       Clerk of Court


                                                       By: /s/ Robert C. Alba
                                                           Deputy Clerk

Date: December 7, 2004

Notice mailed to counsel of record and defendant(s).