UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                               Civil Action
                                                                No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Bills Incorporated,
Defendant.

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                        December 7, 2004

      On December 7, 2004, a notice of default was issued as to the Defendant, Bills Incorporated, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before December 27, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                    By the Court,

                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk