UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Shane Higgins,
Defendant.

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                 December 7, 2004

    On December 7, 2004, a notice of default was issued as to the Defendant, Shane Higgins, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before December 27, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.

By the Court,

/s/ Robert C. Alba
Deputy Clerk