UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

------------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                          Plaintiff,

    -against-

SHANE A. HIGGINS, *et al.,*

                          Defendants.
------------------------------------------------------------------

**MOTION FOR ENTRY OF DEFAULT**
Civil Action No. 04-12014 PBS/JGD
Honorable Patti B. Saris

TO:    TONY ANASTAS, CLERK
         UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
         BOSTON DIVISION

Please enter default of the following Defendants, **SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN**, pursuant to Rule 55 of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Wayne D. Lonstein, Esq.

Dated: December 14, 2004
       Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

 /s/ Wayne D. Lonstein
Wayne D. Lonstein, Esq.
Attorney for Plaintiff
Bar Roll No. 629060
1 Terrace Hill; P.O. Box 351
Ellenville, NY  12428
Telephone: 845-647-8500
Facsimile:  845-647-6277