Exhibit A

**AFFIDAVIT**

State of: _MASS_

County of: _ESSEX_

I, the undersigned, being duly sworn according to law deposes and says, that on _May / 3 /_ 2003 I entered the establishment known as _Duffy Tavern_ located at _22 Jackson St Lawrence Mass 01840_
I entered the establishment on or about _10 50_ Am / (Pm)

I paid $ _0_ to enter this establishment. I ordered _1_ Drink(s) from the (Bartender) / Barmaid / Waitress who was described as _6.1 Blond Hair 160 Gray Pants Striped Blue Shirt Wise Mouth Thought he was God Gift To The Women_.

I observed _2_ televisions sets. Located inside the establishment. The televisions were located _Over The Bar Right End of Bar other one on Middle of Back Wall_

At the time I was in the above establishment, The following program or programs were on the televisions, _DeLa Hoyt vs You Campas Fight Started And Ended After 7 Rounds When Campas People Trow In The Towel Ref Called Fight in 7rd_
A cable box was / (was not) visible. This establishment (has) / does not have a satellite dish. There (were) / were not Apartment(s) above or adjacent to the establishment.

The Capacity of this establishment is approximately _150_ people.
The establishment rates,    Good    Fair    (Poor)
I took (3) counts of the patrons in the establishment,
Count (1.) _75_ Count (2.) _75_ Count (3.) _60_
Patrons were / (were not) paying a cover charge. This establishment is located in a (commercial) / (residential) / Industrial neighborhood. I left the establishment at

_/ /_ Am / Pm. There was / was not a parking lot connected or adjacent to this establishment. I observed the following license plates in the parking lot,

———————————  ———————  ———————
———————————  ———————  ———————
———————————

Signed: _Sue Smith_
Printed Name: _SUE SMITH_
Phone #: _582-0100_

Sworn and subscribed to me this ___3___ day of 2003

( Notary Seal )   my Commission Expires
                  Oct 24-2006