Exhibit B

Service of Process:
1:04-cv-12014-PBS Garden City Boxing Club, Inc. v. Gillespie et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lonstein, Wayne entered on 12/1/2004 at 3:55 PM EST and filed on 12/1/2004

**Case Name:** Garden City Boxing Club, Inc. v. Gillespie et al
**Case Number:** 1:04-cv-12014
**Filer:**
**Document Number:** 6

**Docket Text:**
SUMMONS Returned Executed Shane A. Higgins served on 11/6/2004, answer due 11/26/2004. (Lonstein, Wayne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP deecfStamp_ID=1029851931 [Date=12/1/2004] [FileNumber=764429-0]
[dbbe7eb881d6411200a6f01c2c6c15c7f35d1bee0835fb7bc95f94b7bb3c27c07a7f
f3f40ce1dcdcb1694d2ff64fac2331f92e97e875b15aba00da3fc0fefa21]]

**1:04-cv-12014 Notice will be electronically mailed to:**

Wayne D Lonstein    info@signallaw.com, Eliza@signallaw.com;Steve@signallaw.com

**1:04-cv-12014 Notice will not be electronically mailed to:**

AO 440 (Rev. 10/93) Summons in a Civil Action    ORIGINAL

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
       Plaintiff,

v.

SHANE A. HIGGINS, Individually, and as officers, directors,
shareholders and/or principals of BILLS INCORPORATED
d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a
DUFFY'S TAVERN;
       Defendants.

AMENDED SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-12014 PBS/JGD

TO: (Name and address of defendant)

SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS
INCORPORATED d/b/a DUFFY'S TAVERN
22 Jackson Street
Lawrence, MA 01840

Our File No. 03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: 10/22/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Nov. 6, 2004 |
| NAME OF SERVER (PRINT) Robert J DeBenedette II | TITLE Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 9G Butternut Lane Methuen Ma. 01844

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | $ 145.00 | $ 145.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Nov. 6, 2004
              Date

Signature of Server

Address of Server
P.O. Box 1743
Lawrence Ma 01842

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Service of Process:

1:04-cv-12014-PBS Garden City Boxing Club, Inc. v. Gillespie et al

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lonstein, Wayne entered on 12/1/2004 at 3:58 PM EST and filed on 12/1/2004

**Case Name:** Garden City Boxing Club, Inc. v. Gillespie et al
**Case Number:** 1:04-cv-12014
**Filer:**
**Document Number:** 7

**Docket Text:**
SUMMONS Returned Executed Bills Incorporated served on 11/6/2004, answer due 11/26/2004. (Lonstein, Wayne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/1/2004] [FileNumber=764438-0]
[d56a7590425d24bef4e47d98090c1204333c3e04c0bce48ec1db3e47e6d6855ba8a9
e2e08902b6db6a192cf077cd06b9d27e2d45db45100f63aa1dc0771fdfd7]]

**1:04-cv-12014 Notice will be electronically mailed to:**

Wayne D Lonstein    info@signallaw.com, Eliza@signallaw.com;Steve@signallaw.com

**1:04-cv-12014 Notice will not be electronically mailed to:**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,
          Plaintiff,
V.

CHARLES F. GILLESPIE, JR. and ANITA A. GILLESPIE,
Individually, and as officers, directors, shareholders and/or
principals of BILLS INCORPORATED d/b/a DUFFY'S
TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S
TAVERN;
          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 12014 PBS

TO: (Name and address of defendant)

**BILLS INCORPORATED d/b/a DUFFY'S TAVERN**
22 Jackson Street
Lawrence, MA   01840

Our File No. 03-5MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York   12428

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



SEP 17 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: Nov. 6, 2004 |
| NAME OF SERVER (PRINT): Robert O. DeBenedetto O. | TITLE: Constable |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 90 Butternut Lane Methuen, Ma. 01844

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4 attempts | 145.00 | 145.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 6, 2004
                  Date

Signature of Server

P.O. Box 1743, Law. Ma. 01842
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.