Exhibit C

```
    From: ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
      To: CourtCopy@mad.uscourts.gov <CourtCopy@mad.uscourts.gov>
    Date: Monday, December 13, 2004 4:03:10 PM
 Subject: Activity in Case 1:04-cv-12014-PBS Garden City Boxing Club, Inc. v.
Gillespie et al "Notice: Clerk's Entry of Default"
  Folder: Inbox - Unknown/martha
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 12/13/2004 at 4:03 PM EST and filed on 12/7/2004
Case Name:      Garden City Boxing Club, Inc. v. Gillespie et al
Case Number:    1:04-cv-12014
Filer:          Shane A. Higgins
Document Number: 10

Docket Text:
NOTICE: Clerk's ENTRY OF DEFAULT as to Shane A. Higgins (Patch, Christine)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/13/2004] [FileNumber=779688-0
] [9e40ba1728a3644b9780b328c470ca60795d0daead931c86d41d8b22c83e6034d66
34953c8ecf8325aa9a573c2502997a35a0b27717e319894b7907ea9cf10bc]]

1:04-cv-12014 Notice will be electronically mailed to:

Wayne D Lonstein       info@signallaw.com,
Eliza@signallaw.com; Steve@signallaw.com

1:04-cv-12014 Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Shane Higgins,
Defendant,

## NOTICE OF DEFAULT

Upon application of the Plaintiff for an order of Default for failure of the Defendant, Shane Higgins, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Shane Higgins, has been defaulted on December 7, 2004.

Clerk of Court

By: /s/ Robert C. Alba
Deputy Clerk

Date: December 7, 2004

Notice mailed to counsel of record and defendant(s).

```
    From: ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
      To: CourtCopy@mad.uscourts.gov <CourtCopy@mad.uscourts.gov>
    Date: Monday, December 13, 2004 4:01:33 PM
 Subject: Activity in Case 1:04-cv-12014-PBS Garden City Boxing Club, Inc. v.
Gillespie et al "Notice: Clerk's Entry of Default"
  Folder: Inbox - Unknown/martha
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 12/13/2004 at 4:01 PM EST and filed on 12/7/2004
Case Name:      Garden City Boxing Club, Inc. v. Gillespie et al
Case Number:    1:04-cv-12014
Filer:          Bills Incorporated
Document Number: 9

Docket Text:
NOTICE: Clerk's ENTRY OF DEFAULT as to Bills Incorporated (Patch, Christine)

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/13/2004] [FileNumber=779682-0
] [3c28eb76ed539d7934f874e42bedd7df3417f812b7ce5c6e49261590ecb4ec07f58
73ad7831af714c4b397aca9450427da3b697553a1f2aae3d040a2367d32b4]]

1:04-cv-12014 Notice will be electronically mailed to:

Wayne D Lonstein    info@signallaw.com,
Eliza@signallaw.com;Steve@signallaw.com

1:04-cv-12014 Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12014-PBS

Garden City Boxing Club, Inc.,
Plaintiff,

v.

Bills Incorporated,
Defendant,

NOTICE OF DEFAULT

Upon application of the Plaintiff for an order of Default for failure of the Defendant, Bills Incorporated, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Bills Incorporated, has been defaulted on December 7, 2004.

Clerk of Court

By: /s/ Robert C. Alba
Deputy Clerk

Date: December 7, 2004

Notice mailed to counsel of record and defendant(s).