Exhibit D

# Invoice

**SIGNAL AUDITING, INC**

1 TERRACE HILL
PO BOX 466
ELLENVILLE, NY 12428

| Date | Invoice # |
|---|---|
| 10/18/2004 | 1676 |

**Bill To**

LONSTEIN LAW OFFICE, PC
WAYNE D LONSTEIN
1 TERRACE HILL
PO BOX 351
ELLENVILLE NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>GCB v Charles F. Gillespie, Jr.<br>YOUR FILE # 03-5MA-05G<br>CIVIL # 04-12014 | 90.00 |
| INDIVIDUAL SERVICE<br>GCB v Anita Gillespie<br>YOUR FILE # 03-5MA-05G<br>CIVIL # 04-12014 | 90.00 |
| CORPORATE SERVICE<br>GCB v. Bill's INC.<br>YOUR FILE # 03-5MA-05G<br>CIVIL # 04-12014 | 90.00 |

**Total** $270.00

SIGNAL AUDITING, INC

1 TERRACE HILL
PO BOX 466
ELLENVILLE, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2004 | 1767 |

**Bill To**

LONSTEIN LAW OFFICE, PC
WAYNE D LONSTEIN
1 TERRACE HILL
PO BOX 351
ELLENVILLE NY 12428

| Description | Amount |
|---|---|
| INDIVIDUAL SERVICE<br>GCB v SHANE A. HIGGINS<br>YOUR FILE # 03-5MA-05G<br>CIVIL # 04-12014 | 90.00 |
| CORPORATE SERVICE<br>GCB v. BILLS INC.<br>YOUR FILE # 03-5MA-05G<br>CIVIL # 04-12014 | 90.00 |
| **Total** | **$180.00** |