UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

        Plaintiff,

  -against-

SHANE A. HIGGINS, *et al.,*

        Defendants.

---

**STATEMENT FOR JUDGMENT**
Civil Action No. 04-12014 PBS/JGD
Honorable Patti B. Saris

**Principal Amount**......................................................................................$   110,000.00

**Interest** at the Rate of 9% from May 3, 2003, through
    November 18, 2004..........................................................................$   15,838.08

**Costs:**

    Filing Fees (per Defendant)..............................................................$   75.00

    Service Fees (per Defendant)...........................................................$   180.00

    Auditor Cost (per Defendant).........................................................$   137.50

**TOTAL**....................................................................................................$   126,230.50

LONSTEIN LAW OFFICE, P.C

By:   /s/ Wayne D. Lonstein
      Wayne D. Lonstein, Esq.
      B.B.O. No. 629060
      Attorney for Plaintiff
      1 Terrace Hill, P.O, Box 351
      Ellenville, New York 12428
      Telephone: 845-647-8500
      Facsimile:  845-647-6277