UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

------------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003 DeLaHoya/Campas**, Program,

                         Plaintiff,

    -against-

SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN;

                        Defendants.

------------------------------------------------------------------

**DEFAULT JUDGMENT**
Civil Action No. 04-12014 PBS/JGD
Honorable Patti B. Saris

HONORABLE PATTI B. SARIS, UNITED STATES DISTRICT JUDGE

    Defendants, **SHANE A. HIGGINS, Individually, and as officer, director, shareholder and/or principal of BILLS INCORPORATED d/b/a DUFFY'S TAVERN, and BILLS INCORPORATED d/b/a DUFFY'S TAVERN,** having failed to plead or otherwise defend in this action and its default having been entered,

    Now, upon application of Plaintiff and affidavits demonstrating that Defendants owe Plaintiff the sum of $110,000.00, that Defendants are not infants or incompetent persons or in the military service of the United States, and that Plaintiff has incurred costs in the sum of $392.50 as to each Defendant;

    It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff recover jointly and severally from Defendant, **SHANE A. HIGGINS, Individually,** the principal amount of

$110,000.00, with costs in the amount of $305.00 and prejudgment interest at the rate of 9% from May 3, 2003, to November 18, 2004, in the amount of $15,838.08, for a total of $126,230.50 with interest as provided by law, and it is further

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff recover jointly and severally from Defendant, **BILLS INCORPORATED d/b/a DUFFY'S TAVERN,** the principal amount of $110,000.00, with costs in the amount of $305.00 and prejudgment interest at the rate of 9% from May 3, 2003, to November 18, 2004, in the amount of $15,838.08, for a total of $126,230.50 with interest as provided by law, and that the Plaintiff have execution therefor.

Dated: _____, 2004        By the Court,

                                      _____
                                      Deputy Clerk