UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

-----------------------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

                Plaintiff,

  -against-

SHANE A. HIGGINS, *et al.,*

                Defendants.
-----------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 04-12014 PBS/JGD
Honorable Patti B. Saris

The undersigned certifies that on the 15th day of December, 2004, your deponent served the following documents by regular mail:

1. Certificate of Service
2. Motion for Entry of Default
3. Affidavit in Support of Motion for Entry of Default
4. Statement for Judgment
5. Default Judgment

on the following:

Shane A. Higgins
22 Jackson Street
Lawrence, MA  01840

Bills Incorporated,
d/b/a Duffy's Tavern
22 Jackson Street
Lawrence, MA  01840

            /s/ Wayne D. Lonstein
            Wayne D. Lonstein, Esq.
            Attorney for Plaintiff
            Bar Roll No. 629060
            1 Terrace Hill; P.O. Box 351
            Ellenville, NY  12428
            Telephone: 845-647-8500
            Facsimile:  845-647-6277